**CARLSON LYNCH SWEET
KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA SEEGERT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUXOTTICA RETAIL NORTH AMERICA, INC., an Ohio corporation dba Lens Crafters, LUXOTTICA GROUP S.P.A., an Italian corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: 3:17-cv-1372-JM-BLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1 **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

2   PLEASE TAKE NOTICE THAT this action is voluntarily dismissed by Plaintiff Sandra Seegert in its entirety, without prejudice.  This dismissal is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 11, 2018                             Respectfully submitted,


  */s/ Todd D. Carpenter*

  **CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
  1350 Columbia St., Ste. 603
  San Diego, CA 92101
  Tel: (619) 762-1900
  tcarpenter@carlsonlynch.com

  *Attorneys for Plaintiff*